Emily C. Mimnaugh
Nevada State Bar No. 15287
PACIFIC JUSTICE INSTITUTE
Nevada Office
1580 Grand Point Way #33171
Reno, NV 89533
Tel.: (916) 857-6900
Fax: (916) 857-6902
Email: emimnaugh@pji.org
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL E. ANTHONY,<br><br>Plaintiff,<br><br>v.<br><br>BELLAGIO, LLC, d/b/a/ Bellagio Hotel & Casino, a Domestic Corporation; and MGM RESORTS INTERNFATIONAL, a Foreign Corporation.<br><br>Defendants. | Case No.: 2:23-cv-02144-GMN-NJK<br><br>**JOINT NOTICE OF SETTLEMENT** |

The parties, Plaintiff Michael E. Anthony ("Plaintiff"), Defendant Bellagio, LLC, d/b/a Bellagio Hotel & Casino ("Bellagio" and/or "Defendant") and Defendant MGM Resorts International ("MGMRI" and/or "Defendant," and together with Defendant Bellagio, "Defendants"), by and through their respective attorneys of record, notify this Court that they have agreed in principle to settle the above-captioned matter. Plaintiff and Defendants intend to execute a final settlement agreement within the next seven (7) days.

Dated: August 2, 2024.

| | |
|---|---|
| /s/ Emily C. Mimnaugh | /s/ Paul T. Trimmer |
| Emily C. Mimnaugh | Paul T. Trimmer |
| Nevada State Bar No. 15287 | Nevada State Bar No. 9291 |
| PACIFIC JUSTICE INSTITUTE | JACKSON LEWIS P.C. |
| Nevada Office | 300 S. Fourth Street, Suite 900 |
| 1580 Grand Point Way, Suite 33171 | Las Vegas, NV 89101 |
| Reno, NV 89533 | Tel: (702) 921-2460 |
| Tel: (916) 857-6900 | Fax: (702) 921-2461 |
| Fax: (916) 857-6902 | Email: |
| Email: emimnaugh@pji.org | Paul.Trimmer@jacksonlewis.com |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |