Emily C. Mimnaugh
Nevada State Bar No. 15287
PACIFIC JUSTICE INSTITUTE
Nevada Office
1580 Grand Point Way #33171
Reno, NV  89533
Tel.:  (916) 857-6900
Fax:  (916) 857-6902
Email: emimnaugh@pji.org
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL E. ANTHONY,<br><br>Plaintiff,<br><br>v.<br><br>BELLAGIO, LLC, d/b/a/ Bellagio Hotel & Casino, a Domestic Corporation; and MGM RESORTS INTERNATIONAL, a Foreign Corporation.<br><br>Defendants. | Case No.:  2:23-cv-02144-GMN-NJK<br><br>**JOINT MOTION FOR SIXTY-DAY ORDER OF DISMISSAL** |

Joint Motion for Sixty-Day Order of Dismissal

The parties, Plaintiff Michael E. Anthony ("Plaintiff"), Defendant Bellagio, LLC, d/b/a Bellagio Hotel & Casino ("Bellagio" and/or "Defendant") and Defendant MGM Resorts International ("MGMRI" and/or "Defendant," and together with Defendant Bellagio, "Defendants"), by and through their respective attorneys of record, jointly notified this Court on August 2, 2024 that Plaintiff and Defendants intend to execute a final settlement agreement ("Settlement Agreement") in relation to the above-captioned matter within the next seven (7) days.

Per the Joint Notice of Settlement Agreement, Dkt. No. 14, and in the interest of judicial economy and consistent with Fed. R. Civ. P. 41, the parties stipulate to and respectfully submit this joint motion for a sixty-day order of dismissal ("60-Day Order of Dismissal") in which this action shall be dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this 60-Day Order of Dismissal set aside and this action reinstated if the Settlement Agreement is not consummated.

Dated: August 2, 2024.

| | |
|---|---|
| /s/ Emily C. Mimnaugh | /s/ Paul T. Trimmer |
| Emily C. Mimnaugh | Paul T. Trimmer |
| Nevada State Bar No. 15287 | Nevada State Bar No. 9291 |
| PACIFIC JUSTICE INSTITUTE | JACKSON LEWIS P.C. |
| Nevada Office | 300 S. Fourth Street, Suite 900 |
| 1580 Grand Point Way, Suite 33171 | Las Vegas, NV 89101 |
| Reno, NV 89533 | Tel: (702) 921-2460 |
| Tel: (916) 857-6900 | Fax: (702) 921-2461 |
| Fax: (916) 857-6902 | Email: |
| Email: emimnaugh@pji.org | Paul.Trimmer@jacksonlewis.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

## ORDER

The Court having considered the Notice of Settlement and Joint Motion as submitted by Plaintiff Michael E. Anthony, Defendant Bellagio, LLC, d/b/a Bellagio Hotel & Casino and Defendant MGM Resorts International (together, the parties) on August 2, 2024, issues a sixty-day order of dismissal ("60-Day Order of Dismissal") in which this action shall be dismissed with prejudice and without costs and with leave, upon good cause shown within sixty days of the date of this Order, to have this 60-Day Order of Dismissal set aside and this action reinstated if the settlement agreement is not consummated by the parties.

IT IS SO ORDERED.

_____
United States Judge

Dated: August 6, 2024