1  PAUL T. TRIMMER, ESQ.
   Nevada State Bar No. 9291
2  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
4  Tel: (702) 921-2460
   Fax: (702) 921-2461
5  Email:  paul.trimmer@jacksonlewis.com

6
7  *Attorney for Defendants*
   *Bellagio, LLC d/b/a Bellagio Hotel & Casino*
8  *MGM Resorts International*

9
10                         **UNITED STATES DISTRICT COURT**
11                                **DISTRICT OF NEVADA**

12

| MICHAEL E. ANTHONY,                                                                                         | Case No. 2:23-cv-02144- GMN-NJK                              |
|---|---|
| Plaintiff,                                                                                                  |                                                              |
| vs.                                                                                                         | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**       |
| BELLAGIO, LLC, d/b/a Bellagio Hotel & Casino a Domestic Corporation; and MGM Resorts International, a Foreign Corporation. |                                                              |
| Defendant.                                                                                                  |                                                              |

   Plaintiff Michael E. Anthony ("Plaintiff"), through his counsel PACIFIC JUSTICE INSTITUTE, and Defendant BELLAGIO, LLC ("Defendant"), through its counsel Jackson Lewis P.C., hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 5th day of June 2025.

| | |
|---|---|
| PACIFIC JUSTICE INSTITUTE<br>Nevada Office | JACKSON LEWIS P.C. |
| /s/*Emily C. Mimnaugh*<br>Emily C. Mimnaugh, Esq.<br>1580 Grand Point Way #33171<br>Reno, NV 89533 | /s/ *Paul T. Trimmer*<br>Paul T. Trimmer, Esq.<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
Gloria M. Navarro
U.S. District Court Judge

Dated this  9  day of June, 205.